AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| SOUTHERN | District of | NEW YORK |
|---|---|---|

WELLS FARGO BANK, N.A., as Trustee,

                Interpleader Plaintiff,

V.

CAYLON, MAGNETAR CONSTELLATION MASTER FUND, LTD., CEDE & CO., as Holder of certain Global Notes and Preference Shares and nominee name of the Depository Trust Company, and DOES 1 through 100, owners of beneficial interests in the Global Notes and/or preference Shares,

                Interpleader Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**08 CV 1297**

**JUDGE LYNCH**

To:    Cede & Co.
         55 Water Street
         New York, New York 10041-0004

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael E. Johnson, Esq., Alston & Bird LLP, 90 Park Avenue, New York, New York 10016

an answer to the complaint which is served on you with this summons, within   twenty (20)   days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

| CLERK  *[signature: Marcos Quintero]* | DATE | FEB 0 8 2008 |
|---|---|---|

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | | |
|---|---|---|---|
| TRAVEL | SERVICES | TOTAL | $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
               Date

_____
Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WELLS FARGO BANK, N.A., as Trustee,<br><br>          Interpleader Plaintiff,<br><br>-against-<br><br>CAYLON, MAGNETAR CONSTELLATION MASTER FUND, LTD., CEDE & CO., as Holder of certain Global Notes and Preference Shares and nominee name of the Depository Trust Company, and DOES 1 through 100, owners of beneficial interests in the Global Notes and/or Preference Shares,<br><br>          Interpleader Defendants. | Civil Action No. 08 CV 1297<br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK  )
                                )  ss:
COUNTY OF NEW YORK )

      Jeannine Grudzien, being duly sworn, deposes and says, that deponent is not a party to the action, is over 18 years of age and is employed by Alston & Bird LLP.

      That on the 8th day of February, 2008, at approximately 6:00 p.m., deponent served a copy of the Notice of Discontinuance Without Prejudice, Summons, Civil Cover Sheet, Interpleader Complaint, Interpleader, Rule 7.1 Statement, Individual Practices of Gerard E. Lynch, Individual Practices of Magistrate Judge Henry Pitman and Consent to Proceed Before United States Magistrate Judge upon Cede & Co., 55 Water Street, New York, New York 10041 by personally delivering and leaving the same with Swan Geigel, Director of Legal Services, who was authorized to accept service.

- 2 -

Swan Geigel is a Caucasian female, approximately 40 years old, stands approximately 5 feet 8 inches tall and weighs approximately 130 pounds and has short black hair.

_Jeannine Grudzien_ (signature)
Jeannine Grudzien

Sworn to before me this
11th day of February, 2008

_Notary Public_ (signature)
Notary Public

MICHAEL J. MALLOY
NOTARY PUBLIC, STATE OF NEW YORK
NO. 41-4914497
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES JANUARY 27, 20 _10_