AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN District of NEW YORK

WELLS FARGO BANK, N.A., as Trustee,

          Interpleader Plaintiff,

V.

CAYLON, MAGNETAR CONSTELLATION
MASTER FUND, LTD., CEDE & CO., as Holder
of certain Global Notes and Preference Shares and
nominee name of the Depository Trust Company,
and DOES 1 through 100, owners of beneficial
interests in the Global Notes and/or preference Shares,

          Interpleader Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

08 CV 1297

JUDGE LYNCH

To: Calyon
9, quai du President Paul Doumer
92920 Paris La Defense Cedex, France

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael E. Johnson, Esq. Alston & Bird LLP, 90 Park Avenue, New York, New York 10016

an answer to the complaint which is served on you with this summons, within   twenty (20)   days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

*[signature: Marcos Quintero]*

(By) DEPUTY CLERK

DATE   FEB 0 8 2008

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | | |
|---|---|---|---|
| TRAVEL | SERVICES | TOTAL | $0.00 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                            Date                  *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WELLS FARGO BANK, N.A., as Trustee,<br><br>           Interpleader Plaintiff,<br><br>-against-<br><br>CAYLON, MAGNETAR CONSTELLATION MASTER FUND, LTD., CEDE & CO., as Holder of certain Global Notes and Preference Shares and nominee name of the Depository Trust Company, and DOES 1 through 100, owners of beneficial interests in the Global Notes and/or Preference Shares,<br><br>           Interpleader Defendants. | Civil Action No. 08 CV 1297<br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF NEW YORK   )

      Louis Costanzo, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and is employed by Alston & Bird LLP.

      That on the 8th day of February, 2008, deponent served a copy of the Summons, Civil Cover Sheet, Interpleader Complaint, Interpleader Bond, Rule 7.1 Statement, Individual Practices of Gerard E. Lynch, Individual Practices of Magistrate Judge Henry Pitman upon Caylon, 9, quai du Président Paul Doumer, 92920 Paris La Défense Cedex, Paris, France via UPS International Overnight.

      Method of service was made pursuant to Section 7.6 <u>Consent to Service of Process</u> of the Class A-1A Note Purchase Agreement whereby "each party to [the] Agreement irrevocably consents to service of process by personal delivery, certified mail, postage prepaid or overnight courier. Nothing in this Agreement will affect the right of

- 2 -

any party to this Agreement to serve process in any other manner permitted by law."

_____
Louis Costanzo

Sworn to before me this
12th day of February, 2008

_____
Notary Public

MICHAEL J. MALLOY
NOTARY PUBLIC, STATE OF NEW YORK
NO. 41-4914497
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES JANUARY 27, 20 10

LEGAL02/30698663v1