**MCKEE NELSON LLP**
Scott E. Eckas (SE 7479)
Kevin J. Biron (KB 1030)
One Battery Park Plaza
New York, NY  10004
Tel:  (917) 777-4200
Fax:  (917) 777-4299

*Attorneys for Interpleader Defendant Calyon*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WELLS FARGO BANK, N.A., as Trustee, | |
| Interpleader Plaintiff, | |
| - against - | Case No.:  1:08 CV 1297 (GEL-HBP) |
| CALYON, MAGNETAR CONSTELLATION MASTER FUND, LTD., CEDE & CO., as Holder of certain Global Notes and Preference Shares and nominee name of the Depository Trust Company, and DOES 1 through 100, owners of beneficial interests in the Global Notes and/or Preference Shares, | Honorable Gerard E. Lynch  Magistrate Judge Pitman  **Electronically Filed** |
| Interpleader Defendants. | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the law firm of McKee Nelson LLP appears as counsel in the above-captioned action on behalf of interpleader defendant Calyon.  The undersigned requests that all notices given, or required to be given in these proceedings, and all papers served, or required to be served in these proceedings, be given to and served upon the undersigned attorneys, at the address set forth below:

McKee Nelson LLP
One Battery Park Plaza, 34th Floor
New York, New York 10004
Telephone: (917) 777-4200
Facsimile: (917) 777-4299

Attn: Kevin J. Biron
kbiron@mckeenelson.com

Dated:  February 14, 2008
        New York, New York

                                              Respectfully Submitted,

                                              ___/s/ Kevin J. Biron_____
                                              Kevin J. Biron (KB 1030)
                                              *kbiron@mckeenelson.com*
                                              McKee Nelson LLP
                                              One Battery Park Plaza, 34th Floor
                                              New York, New York 10004

                                              *Attorney for Interpleader Defendant Calyon*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 14, 2008, I caused the foregoing Notice of Appearance to be filed electronically and served the foregoing Notice of Appearance by causing true and correct copies thereof to be sent via the Court's electronic filing system and U.S. mail delivery to:

Michael E. Johnson, Esq.
Alston & Bird LLP
90 Park Avenue
New York, New York  10016
*Attorneys for Interpleader Plaintiff*
*Wells Fargo Bank, N.A.*

Magnetar Constellation Master Fund, Ltd.
c/o Peter Feldman, Esq.
Otterbourg Steindler Houston & Rosen PC
230 Park Avenue
New York, New York  10169
(service via U.S. mail only)

Cede & Co.
55 Water Street
New York, New York  10041
(service via U.S. mail only)

Dated:  February 14, 2008         By:    /s/ Kevin J. Biron
                                         Kevin J. Biron (KB 1030)