USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/27/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------

WELLS FARGO BANK, N.A., as Trustee,

        Interpleader Plaintiff,

- against -

CALYON, MAGNETAR CONSTELLATION MASTER FUND, LTD., CEDE & CO., as Holder of certain Global Notes and Preference Shares and nominee name of the Depositary Trust Company, and DOES 1 through 100, owners of beneficial interests in the Global Notes and/or Preference Shares,

        Interpleader Defendants.

----------------------------------------X

No. 1:08 CV 1297 (GEL)

STIPULATED EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE PLEAD FOR DEFENDANT MAGNETAR CONSTELLATION MASTER FUND, LTD.

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Wells Fargo Bank, N.A., as Trustee (the "Trustee") and Defendant Magnetar Constellation Master Fund, Ltd. ("Magnetar") as follows:

1.    On February 8, 2008, the Trustee filed an Interpleader Complaint (the "Complaint") in this action.

2.    The time for Magnetar to answer, move, or otherwise plead in response to the Complaint is currently February 28, 2008.

3.    The Trustee consents to an extension of time for Magnetar to answer, move, or otherwise plead in response to the Complaint to and including March 31, 2008.

4.    There have been no previous requests for an adjournment or extension of time for Magnetar to answer, move, or otherwise plead in response to the Complaint.

977524.1

5.  This Stipulation may be executed in counterparts. Facsimile or electronically transmitted signatures shall be deemed binding as original signatures.

Dated: New York, New York
       February 22, 2008

| ALSTON & BIRD LLP | OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C. |
|---|---|
| By: *[signature]* | By: *[signature]* |
| Michael Edward Johnson (MJ - 0299) | Peter Feldman (PF-3271) |
| Piret Loone (PL – 6597) | |
| 90 Park Avenue | 230 Park Avenue |
| New York, NY 10016 | New York, New York 10169 |
| (212) 210-9400 | (212) 661-9100 |
| Fax: (212) 210-9444 | Fax (917)306-4449 |
| Email: mjohnson@alston.com | Email: pfeldman@oshr.com |
| *Counsel for Interpleader Plaintiff Wells Fargo Bank, N.A* | *Counsel for Interpleader Defendant Magnetar Constellation Master Fund, Ltd.* |

SO ORDERED this 27th day of Feb, 2008

*[signature]*
U.S.D.J.

977524.1

-2-