USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/28/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WELLS FARGO BANK, N.A., as Trustee, )
)
        Interpleader Plaintiff, )   Case No.: 1:08 CV 1297 (GEL-HBP)
)
- against - )   Honorable Gerard E. Lynch
)
CALYON, MAGNETAR CONSTELLATION )   Magistrate Judge Pitman
MASTER FUND, LTD., CEDE & CO., as )
Holder of certain Global Notes and Preference )
Shares and nominee name of the Depository )
Trust Company, and DOES 1 through 100, )   STIPULATED EXTENSION OF TIME
owners of beneficial interests in the Global )   TO ANSWER, MOVE, OR OTHERWISE
Notes and/or Preference Shares, )   PLEAD FOR DEFENDANT CALYON
)
        Interpleader Defendants. )

---

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff Wells Fargo Bank, N.A., as Trustee (the "Trustee"), and defendant Calyon as follows:

    1.    On February 8, 2008, the Trustee filed an Interpleader Complaint (the "Complaint") in this action.

    2.    The time for Calyon to answer, move, or otherwise plead in response to the Complaint is currently March 31, 2008.

    3.    There has been one previous request for an adjournment or extension of time for Calyon to answer, move, or otherwise plead in response to the Complaint.

    4.    The Trustee consents to the extension of time for Calyon to answer, move, or otherwise plead in response to the Complaint to and including April 14, 2008. Calyon agrees that this will be the final extension of time to answer, move, or otherwise plead in response to the Complaint, absent an order of the Court based on Calyon's showing of good cause.

5. This Stipulation may be executed in counterparts. Facsimile or electronically transmitted signatures shall be deemed binding as original signatures.

Dated: March 21, 2008
New York, New York

ALSTON & BIRD LLP

By: _____
Michael E. Johnson (MJ 0299)
Piret Loone (PL 6597)
90 Park Avenue
New York, NY 10016
(212) 210-9400

Attorneys for Interpleader Plaintiff
Wells Fargo Bank, N.A., as Trustee

MCKEE NELSON LLP

By: _____
Scott E. Eckas (SE 7479)
Kevin J. Biron (KB 1030)
One Battery Park Plaza
New York, NY 10004
(917) 777-4200

Attorneys for Interpleader Defendant
Calyon

SO ORDERED
_____
U.S.D.J.
3/27/08

2