**MCKEE NELSON LLP**
Scott E. Eckas (SE 7479)
Kevin J. Biron (KB 1030)
One Battery Park Plaza
New York, NY 10004
Tel: (917) 777-4200
Fax: (917) 777-4299

*Attorneys for Interpleader Defendant*
*CALYON*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WELLS FARGO BANK, N.A., as Trustee, | |
| Interpleader Plaintiff, | |
| - against - | Case No.: 1:08 CV 1297 (GEL-HBP) |
| CALYON, MAGNETAR CONSTELLATION MASTER FUND, LTD., CEDE & CO., as Holder of certain Global Notes and Preference Shares and nominee name of the Depository Trust Company, and DOES 1 through 100, owners of beneficial interests in the Global Notes and/or Preference Shares, | Honorable Gerard E. Lynch<br><br>Magistrate Judge Pitman<br><br>**Electronically Filed** |
| Interpleader Defendants. | |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, interpleader defendant CALYON ("CALYON"), a nongovernmental corporate party, states that Crédit Agricole S.A., a publicly traded French institution, is the parent corporation of CALYON and owns ten percent or more of CALYON's stock.

Dated: April 14, 2008

                                                MCKEE NELSON LLP

                                                /s/ *Scott E. Eckas*

Scott E. Eckas (SE 7479)
Kevin J. Biron (KB 1030)
One Battery Park Plaza, 34th Floor
New York, NY 10004
Tel: (917) 777-4200
Fax: (917) 777-4299

*Attorneys for Interpleader Defendant CALYON*