UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| WELLS FARGO BANK, N.A., as Trustee, : | |
| : | Case No. 08 CV 1297 |
| Interpleader Plaintiff, : | (GEL) (HBP) |
| : | |
| - against - : | |
| : | |
| CALYON, MAGNETAR CONSTELLATION MASTER : | |
| FUND, LTD, CEDE & CO., as Holder of certain Global : | |
| Notes and Preference Shares and nominee name of the : | |
| Depositary Trust Company, and DOES 1 through 100, owners : | |
| of beneficial interests in the Global Notes and/or Preference : | |
| Shares, : | |
| : | |
| Interpleader Defendants. : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the law firm of Otterbourg, Steindler, Houston & Rosen, P.C. appears as counsel in the above-captioned action on behalf of defendant Magnetar Constellation Master Fund, Ltd. The undersigned requests that all notices given, or required to be given in this action, and all papers served, or required to be served in this action, be given to and served upon the undersigned attorneys, at the address set forth below:

Otterbourg, Steindler, Houston
& Rosen, P.C.
230 Park Avenue, 29th Floor
New York, New York 10169
(212) 661-9100

Attn: Peter Feldman
pfeldman@oshr.com
Attn: Erik B. Weinick
eweinick@oshr.com

- 2 -

Dated: April 14, 2008
      New York, New York

                              Respectfully submitted,

                              */s/ Peter Feldman*

                              Peter Feldman (PF-3271)
                              pfeldman@oshr.com
                              Erik B. Weinick (EBW-5498)
                              eweinick@oshr.com
                              OTTERBOURG, STEINDLER,
                              HOUSTON & ROSEN, P.C.
                              230 Park Avenue
                              New York, New York 10169

                              *Attorneys for Defendant Magnetar*
                              *Constellation Master Fund, Ltd*

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on all counsel of record in this matter via the Court's Electronic Case Filing System on this 14th day of April, 2008, as well as on the parties on the attached service list in the manner so indicated.

_____
Peter Feldman

## SERVICE LIST

| | |
|---|---|
| Michael Edward Johnson, Esq.<br>Piret Loone, Esq.<br>c/o Alston & Bird, LLP<br>90 Park Avenue<br>New York, NY 10016<br>*Attorneys for Plaintiff Wells Fargo Bank, N.A.*<br><br>*Via ECF and U.S. Mail* | Scott E. Eckas, Esq.<br>Kevin J. Biron, Esq.<br>c/o McKee Nelson LLP<br>One Battery Park Plaza, 34th Floor<br>New York, NY 10004<br>*Attorneys for Defendant Calyon*<br><br>*Via ECF and U.S. Mail* |
| Issac Montal<br>Cede & Co.<br>55 Water Street<br>New York, New York 10041<br><br>*Via Federal Express* | |