UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------- X
WELLS FARGO BANK, N.A., as Trustee,                :
                                                   : Case No. 08 CV 1297
               Interpleader Plaintiff,             : (GEL) (HBP)
                                                   :
       - against -                                 :
                                                   :
CALYON, MAGNETAR CONSTELLATION MASTER              :
FUND, LTD, CEDE & CO., as Holder of certain Global :
Notes and Preference Shares and nominee name of the:
Depositary Trust Company, and DOES 1 through 100, owners :
of beneficial interests in the Global Notes and/or Preference :
Shares,                                            :
                                                   :
               Interpleader Defendants.            :
------------------------------------------------- X

## F.R.C.P. 7.1 STATEMENT OF MAGNETAR CONSTELLATION MASTER FUND, LTD

Interpleader Defendant Magnetar Constellation Master Fund, Ltd ("Magnetar"), by and through its undersigned attorneys, Otterbourg, Steindler, Houston & Rosen, P.C., states that it has no parent corporation and that no publicly held corporation owns more than 10% of its stock. All investment and other decisions regarding the conduct and affairs of Magnetar are made by Magnetar Financial LLC, an investment adviser registered with the U.S. Securities and Exchange Commission under the Investment Adviser Act of 1940.

Dated: New York, New York
       April 14, 2008

                                        OTTERBOURG, STEINDLER, HOUSTON
                                        & ROSEN, P.C.

                                        By: _____
                                              Peter Feldman (PF-3271)

                                        230 Park Avenue
                                        New York, New York 10169
                                        (212) 661-9100
                                        Fax (917)306-4449
                                        Email: pfeldman@oshr.com

                                        *Attorneys for Interpleader Defendant*
                                        *Magnetar Constellation Master Fund, Ltd*

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on all counsel of record in this matter via the Court's Electronic Case Filing System on this 14th day of April, 2008, as well as on the parties on the attached service list in the manner so indicated.

_____
Peter Feldman

## SERVICE LIST

| | |
|---|---|
| Michael Edward Johnson, Esq.<br>Piret Loone, Esq.<br>c/o Alston & Bird, LLP<br>90 Park Avenue<br>New York, NY 10016<br>*Attorneys for Plaintiff Wells Fargo Bank, N.A.*<br><br>*Via ECF and U.S. Mail* | Scott E. Eckas, Esq.<br>Kevin J. Biron, Esq.<br>c/o McKee Nelson LLP<br>One Battery Park Plaza, 34th Floor<br>New York, NY 10004<br>*Attorneys for Defendant Calyon*<br><br>*Via ECF and U.S. Mail* |
| Issac Montal<br>Cede & Co.<br>55 Water Street<br>New York, New York 10041<br><br>*Via Federal Express* | |