UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| WELLS FARGO BANK, N.A., as Trustee, | : | |
| Interpleader Plaintiff, | : | |
| - against - | : | |
| CALYON, MAGNETAR CONSTELLATION MASTER FUND, LTD., CEDE & CO., as Holder of certain Global Notes and Preference Shares and nominee name of the Depository Trust Company, and DOES 1 through 100, owners of beneficial interests in the Global Notes and/or Preference Shares, | : | CASE NO. 08-CV-01297 (GEL-HBP) <br><br> Honorable Gerard E. Lynch <br><br> Magistrate Judge Pittman |
| Interpleader Defendants. | : | |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned counsel hereby enters his appearance in this matter on behalf of Interpleader Defendant Cede & Co., as Holder of certain Global Notes and Preference Shares and nominee name of the Depository Trust Company, as counsel of record, and requests that all papers be served upon the undersigned.

Dated:  May 5, 2008

EISEMAN LEVINE LEHRHAUPT & KAKOYIANNIS, P.C.

      /s/ ERIC P. HEICHEL
Eric P. Heichel (EH-9940) (eheichel@ellklaw.com)
805 Third Avenue, 10th Floor
New York, New York 10022
Telephone:  (212) 752-1000
Attorneys for Interpleader Defendant Cede & Co.,
as Holder of certain Global Notes and Preference
Shares and nominee name of the Depository Trust
Company

**CERTIFICATION**

I hereby certify that on May 5, 2008, I caused the foregoing Notice of Appearance to be filed electronically and served the foregoing Notice of Appearance by causing true and correct copies to be sent via the Court's electronic filing system and U.S. mail delivery to:

>Michael E. Johnson, Esq.
>Alston & Bird LLP
>90 Park Avenue
>New York, New York 10016
>Attorneys for Interpleader Plaintiff
>Wells Fargo Bank, N.A.
>
>Peter Lewis Feldman, Esq.
>Otterbourg, Steindler, Houston & Rosen
>230 Park Avenue
>New York, New York 10169
>Attorneys for Interpleader Defendant
>Magnetar Constellation Master Fund, Ltd.
>
>Scott E. Eckas, Esq.
>McKee Nelson LLP
>One Battery Park Plaza, 34th Floor
>New York, New York 10004
>Attorneys for Interpleader Defendant Calyon

Dated: May 5, 2008

By:  /s/ Jonathan C. Marquet
Jonathan C. Marquet (JM-0317)

2