*∠Ynet/T*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WELLS FARGO BANK, N.A., as Trustee,

                                      Interpleader Plaintiff,

                   - against -

CALYON, MAGNETAR CONSTELLATION MASTER
FUND, LTD., CEDE & CO., as Holder of certain Global
Notes and Preference Shares and nominee name of the
Depositary Trust Company, and DOES 1 through 100, owners
of beneficial interests in the Global Notes and/or Preference
Shares,

                                Interpleader Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

:  No. 1:08 CV 1297
:  (GEL) (HBP)
:
:  STIPULATED
:  EXTENSION OF TIME TO
:  AMEND PLEADINGS
:
:
:
:
:
:
:  8/14/08
:

         At the request of Interpleader Defendant Magnetar Constellation Master Fund,

Ltd ("Magnetar"):

         IT IS HEREBY STIPULATED AND AGREED, by and between Interpleader

Plaintiff Wells Fargo Bank, N.A., as Trustee (the "Trustee") and Interpleader Defendants

CALYON, Magnetar, and Cede & Co., constituting all of the parties appearing in this action, as

follows:

         1.       On June 9, 2008, this Court adopted the Civil Case Management Plan

(Dkt. No. 18).

         2.       Pursuant to the Civil Case Management Plan, amended pleadings must be

filed on or before August 15, 2008.

         3.       The parties agree that the time for any party to amend its pleadings is

adjourned one week, to and including August 22, 2008.

         4.       This extension is not sought for purposes of delay, and no party will be

prejudiced thereby. Further, no other case deadlines will be affected by this extension.

         5.       There have been no previous requests for an extension of this deadline.

6.    This Stipulation may be executed in counterparts. Facsimile or

electronically transmitted signatures shall be deemed binding as original signatures.

Dated:        New York, New York
              August __, 2008

STIPULATED & AGREED:

ALSTON & BIRD

By: _____

              Michael E. Johnson (MJ 0299)
              Piret Loone (PL 6597)

90 Park Avenue
New York, New York 10016
(212) 210-9400
Fax: (212) 210-9444
Email: mjohnson@alston.com

*Counsel for Interpleader Plaintiff*
*Wells Fargo Bank, N.A*

OTTERBOURG, STEINDLER, HOUSTON &
ROSEN, P.C.

By: _____

              Peter Feldman (PF 3271)

230 Park Avenue
New York, New York 10169
(212) 661-9100
Email: pfeldman@oshr.com

*Counsel for Interpleader Defendant*
*Magnetar Constellation Master Fund, Ltd*

6.    This Stipulation may be executed in counterparts. Facsimile or

electronically transmitted signatures shall be deemed binding as original signatures.

Dated:    New York, New York
          August ___, 2008

STIPULATED & AGREED:

                                   ALSTON & BIRD

                                   By: _____
                                       Michael E. Johnson (MJ 0299)
                                       Piret Loone (PL 6597)

                                   90 Park Avenue
                                   New York, New York 10016
                                   (212) 210-9400
                                   Fax: (212) 210-9444
                                   Email: mjohnson@alston.com

                                   *Counsel for Interpleader Plaintiff*
                                   *Wells Fargo Bank, N.A*

                                   OTTERBOURG, STEINDLER, HOUSTON &
                                   ROSEN, P.C.

                                   By: _____
                                       Peter Feldman (PF 3271)

                                   230 Park Avenue
                                   New York, New York 10169
                                   (212) 661-9100
                                   Email: pfeldman@oshr.com

                                   *Counsel for Interpleader Defendant*
                                   *Magnetar Constellation Master Fund, Ltd*

- 2 -

6.    This Stipulation may be executed in counterparts. Facsimile or

electronically transmitted signatures shall be deemed binding as original signatures.

Dated:        New York, New York
              August 12, 2008

STIPULATED & AGREED:

ALSTON & BIRD

By: _____

              Michael E. Johnson (MJ 0299)
              Piret Loone (PL 6597)

              90 Park Avenue
              New York, New York 10016
              (212) 210-9400
              Fax: (212) 210-9444
              Email: mjohnson@alston.com

              *Counsel for Interpleader Plaintiff*
              *Wells Fargo Bank, N.A*

              OTTERBOURG, STEINDLER, HOUSTON &
              ROSEN, P.C.

By: _____

              Peter Feldman (PF 3271)

              230 Park Avenue
              New York, New York 10169
              (212) 661-9100
              Email: pfeldman@oshr.com

              *Counsel for Interpleader Defendant*
              *Magnetar Constellation Master Fund, Ltd*

- 2 -

MCKEE NELSON LLP

By: _____

Scott E. Eckas (SE 7479)
Kevin J. Biron (KB 1030)

One Battery Park Plaza
New York, New York 10004
Tel. 917 777-4200
Fax 917 777-4299

*Counsel for Interpleader Defendant CALYON*

EISEMAN LEVINE LEHRHAUPT &
KAKOYIANNIS, P.C.

By: _____

Eric P. Heichel (EH 9940)

805 Third Avenue
New York, New York 10022
Phone: 212 752-1000
Fax:    212 355-4608

*Counsel for Interpleader Defendant Cede &
Co.*

SO ORDERED this ___ day of August, 2008

_____

U.S.D.J.

- 3 -

MCKEE NELSON LLP

By: _____

Scott E. Eckas (SE 7479)
Kevin J. Biron (KB 1030)

One Battery Park Plaza
New York, New York 10004
Tel. 917 777-4200
Fax 917 777-4299

*Counsel for Interpleader Defendant CALYON*

EISEMAN LEVINE LEHRHAUPT &
KAKOYIANNIS, P.C.

By: s/ Eric P. Heichel
Eric P. Heichel (EH 9940)

805 Third Avenue
New York, New York 10022
Phone: 212 752-1000
Fax:    212 355-4608

*Counsel for Interpleader Defendant Cede &
Co.*

SO ORDERED this **14th** day of August, 2008

_____
U.S.D.J.

- 3 -