UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WELLS FARGO BANK, N.A., as Trustee,

           Interpleader Plaintiff,

    - against -

CALYON, MAGNETAR CONSTELLATION
MASTER FUND, LTD., CEDE & CO., as
Holder of certain Global Notes and Preference
Shares and nominee name of the Depository
Trust Company, and DOES 1 through 100,
owners of beneficial interests in the Global
Notes and/or Preference Shares,

           Interpleader Defendants.

Case No.: 1:08 CV 1297 (GEL-HBP)

*AMENDED* JUDGMENT



Interpleader defendant CALYON ("CALYON") having moved for summary judgment, the matter having come before the Honorable Gerard E. Lynch, United States Circuit Judge sitting by designation on the United States District Court for the Southern District of New York, and the Court, on September 28, 2009, having rendered its Order granting CALYON's motion, directing interpleader plaintiff Wells Fargo Bank, N.A. ("Wells Fargo") to distribute the interpleader funds in accordance therewith, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Order of the Court, dated September 28, 2009, CALYON's motion for summary judgment is granted, and Wells Fargo shall distribute the interpleader funds in accordance with the Order.

Dated: New York, New York
       October 2, 2009

J. MICHAEL McMAHON
Clerk of the Court

By: _____
    Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____